**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

May 3, 2022

Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re: United States v. Yakov Weingarten
DK# 7:19CR497(NSR) -08

Dear Judge Roman:

Please be informed that I have been appointed as CJA counsel to represent Yakov Weingarten in the above referenced matter. I am writing to request that the Honorable Court allow Attorney Justin Pugh to stand in for me at the initial appearance hearing in this case if the hearing is on May 10, 2022, and that Attorney Michael Burke be allowed to stand in for me if the hearing is on May 13, 2022. Basis for this request is that the undersigned will be out of the District and unable to physically attend the initial hearing which has been tentatively scheduled for either May 10, 2022 or May 13, 2022. Attorney Pugh is admitted in the Southern District of New York and has been associated with my firm for approximately four years. Attorney Pugh has experience handling federal criminal cases as he currently is associate counsel with me on nine CJA cases in the District of Connecticut, and has been associate counsel with me on numerous other CJA cases in the District of Connecticut. Attorney Burke is a long time member of the White Plains CJA counsel and he represents a co-defendant in this case, Shmiel Weingarten. Therefore, for all of the above reasons the undersigned respectfully requests that Attorney Justin Pugh be allowed to cover the initial hearing if it is scheduled for May 10, 2022, and that Attorney Michael Burke be allowed to stand in for me if the initial hearing is scheduled for May 13, 2022.

Very truly yours,

*Francis L. O'Reilly*

Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022

Counsel's application is GRANTED. Clerk of Court is requested to terminate the motion (doc. 585).
Dated: White Plains, NY
May 3, 2022

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.oreillyandshaw.com