**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

May 19, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     USA v. Matityau Moshe Malka; 19 CR 497 (NSR)

Dear Judge Roman:

I am writing as stand-by counsel on behalf of Matityau Moshe Malka to respond to the Government's motion to admit jail visiting records showing that he visited his brother-in-law Nachman Helbrans several times during the period between January and March 2019.  Mr. Malka objects pursuant to Rule 401 and 403 upon the grounds that these records are not relevant or minimally relevant. Further, the admission of these records would cause undue prejudice, confuse the jury and mislead them and cause them to speculate.

The records do not prove any improper communications between Malka and Helbrnas or corroborate any other specific item of evidence.  They just indicate an association between Malka and his brother in law.   A jury will be prejudiced by this general proof of association with an incarcerated defendant.  Further by this admission the jury will be caused to speculate as to what if anything was said between Malka and his brother in law during these jail visits without any evidentiary basis that there were relevant and material improper communications .  The circumstances in the Salemeh case cited by the Government are different since it involved a single visit on a relevant day certain and was connected with a specific relevant item of evidence.


Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita
Stand by Counsel to Matityau Moshe Malka