**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

June 2, 2022

Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Yakov Weingarten
DK# 7:19CR497(NSR) -08

Dear Judge Roman:

> The Court GRANTS standby counsel's request to appoint Justin Pugh as (standby) associate counsel at a rate of $110/hour. Standby counsel is directed to mail a copy of this endorsement to *pro se* Deft. and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 648.
> Dated: White Plains, NY
> June 13, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Please be informed that I have been appointed as standby CJA counsel for Yakov Weingarten in the above referenced matter. I am writing to request that the Honorable Court permit Attorney Justin Pugh to assist me in the representation as an associate counsel and that he be compensated at the normal CJA rate for associate counsel. As the Court is well aware this is a complex criminal case with voluminous discovery to be reviewed in preparation for trial, and the Pro Se client is expected to extensively litigate motions before the Court, thereby putting excessive demands upon the undersigned's time. Attorney Pugh is admitted in the Southern District of New York and has been associated with my firm for approximately four years. Attorney Pugh has experience handling federal criminal cases as he currently is associate counsel with me on nine CJA cases in the District of Connecticut, and has been associate counsel with me on numerous other CJA cases in the District of Connecticut. Additionally, the Court has approved two CJA counsel for the other defendants in this case, however, at this time the undersigned does not feel there is a need for a second CJA counsel if Attorney Pugh is approved as an associate counsel, thereby saving the Court significant CJA funding. Therefore, for all of the above reasons the undersigned respectfully requests that Attorney Justin Pugh be appointed as associate counsel to assist the undersigned in the representation of the indigent client in this case.

Very truly yours,

Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022

www.oreillyandshaw.com