MEMO ENDORSED

# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

June 10, 2022

Honorable Nelson S. Roman
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Yakov Weingarten   DK#19cr497(NSR)

Dear Judge Roman:

The undersigned CJA counsel for the defendant, Yakov Weingarten, respectfully requests an order from the Court permitting counsel to submit interim billing. Counsel is in a two-person law firm and the alleviation of cash flow issues will allow for better representation of the defendant. Wherefore the defendant respectfully requests the Honorable Court grant this request and permit the undersigned to submit interim billing.

Very truly yours,

Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022

The Court GRANTS standby counsel's request to submit interim billing. Clerk of Court is requested to terminate the motion at ECF No. 656.
Dated: White Plains, NY
       June 13, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

www.oreillyandshaw.com