**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITCE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/2/2023

March 1, 2023

**VIA ECF**

Honorable Nelson S. Román  
U.S. District Court Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: <u>United States v. Yakov Weingarten</u>, 19-cr-497 (NSR) -08

Dear Judge Román:

I am CJA counsel to the above refenced defendant.

On June 13, 2022, Your Honor appointed Justin Pugh, Esq. as (standby) associate counsel. Mr. Pugh is no longer able to serve as associate counsel in this matter.

I am writing to request that the Court appoint replacement (standby) associate counsel. I am requesting the appointment of Diane Ferrone, Esq. at the previously approved rate of $110/hour. There is a case budget in place and associate hours have been allocated and approved.

Accordingly, I respectfully request that the Court appoint Diane Ferrone, Esq. as (standby) associate counsel for Mr. Yakov Weingarten.

Thank you for your consideration in this matter.

Respectfully submitted,

/s Francis L. O'Reilly

Francis Lee O'Reilly

**Deft's request to relieve stand-by associate counsel Justin Pugh and substitute him with Diane Ferrone as stand-by associate counsel, billing at an hourly rate of $110/hr, is GRANTED. Standby counsel is directed to serve a copy of this endorsement on *pro se* Deft. and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 808.**
**Dated: White Plains, NY**
**March 2, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE