# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITCE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2023

March 10, 2023

**VIA ECF**

Honorable Nelson S. Román
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> The Court GRANTS Defendant's request to bring his jail laptop to legal meetings with his stand-by counsel. Because the Court understands that Defendant's laptop does not enable USBs, the Court only grants stand-by counsel's request to bring an external hard drive.
>
> The Clerk of the Court is kindly directed to terminate the motion letter at ECF No. 822. Stand-by counsel is directed to provide a copy of this order to pro-se Defendant and file proof of service on the docket.
>
> Dated: March 13, 2023
> White Plains, NY
>
> SO ORDERED:
>
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Re: <u>United States v. Yakov Weingarten</u>, 19-cr-497 (NSR)-08

Dear Judge Román:

    The undersigned are appointed stand by counsel to *pro se* defendant Yakov Weingarten, currently an inmate the Westchester County Jail.

    If it does not impose any safety risks and is not otherwise against the policies and procedures of the Westchester County jail, we respectfully request that the Court request the following of the Westchester County Jail:

1. Allow inmate Yakov Weingarten to bring his jail laptop to legal meetings with the undersigned; and

2. Allow Mr. Weingarten's legal counsel to bring an external hard drive or thumb drive to legal meetings with Mr. Weingarten.

    The reason for the above requests is so that stand by counsel can copy from *pro se* defendant Mr. Weingarten's laptop any motions or other filings he wishes to make in the above case.

Thank you for your consideration in this matter.

                                    Respectfully submitted,

                                    <u>/s Francis L. O'Reilly</u>

                                    Francis Lee O'Reilly
                                    Diane Ferrone