UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,           :

                                                                   19-cr-497-08 (NSR)

        -v-                          :

YAKOV WEINGARTEN,                         **AFFIRMATION OF SERVICE**

                                :

        Defendant.
---------------------------------------------------X

I, Diane Ferrone, an attorney duly admitted to practice before the Courts of the State of New York and the Southern District of New York, affirm under the penalty of perjury, that on January 6, 2024, I caused to be served by first class U.S. mail the Court Order dated January 5, 2024 (ECF Doc # 928) on *pro se* defendant Yakov Weingarten, currently in the custody of the Westchester County Jail, P.O. Box 10, Valhalla, New York 10595.

Dated: New York, New York
       January 6, 2024

                                         By:     _____/s/_____

                                                 Diane Ferrone, Esq.
                                                 The Law Offices of Diane Ferrone PLLC
                                                 1740 Broadway
                                                 15th Fl.
                                                 New York, NY 10019
                                                 Tel (646) 337-9010
                                                 Fax (212) 401-0206
                                                 diane@dianeferronelaw.com