```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

        vs.

Yakov Weingarten,

        Defendant.

------------------------------------------------------x

**ORDER**

19 CR 497 (08) (NSR)

To:    U.S. Marshals Service Southern District of New York
        300 Quarropas Street, White Plains, New York

    Upon the application of *pro se* defendant, Yakov Weingarten, by his stand-by counsel Diane Ferrone, Esq., and upon all proceedings previously had herein, it is hereby:

    **ORDERED** that defendant, Yakov Weingarten, Westchester County Inmate #268082, be permitted to receive non-prison clothing at the U.S. Marshals Service Office, SDNY White Plains, for trial, scheduled to begin on February 27, 2024. He is permitted to have the following clothing to wear in court during the trial:

1 Kaftan (robe with blue and grey stripes)
2 long white shirts
2 pants
1 Black yarmulke
2 Brown head shawls
1 pair of black shoes
2 pair of socks
1 Gartel (similar to soft belt, white and black stripes)

Dated: White Plains, New York
       February 12, 2024

                          SO ORDERED

                          _____
                          NELSON S ROMÁN,
                          District Judge
                          United States District Court
                          Southern District of New York