UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    vs.

Yakov Weingarten,

           Defendant.

-------------------------------------------------------x

**ORDER**

19 CR 497 (08) (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024

To:    Warden, Westchester County Department of Correction
        10 Woods Road, Valhalla, New York

        U.S. Marshals Service, Southern District of New York
        300 Quarropas Street, White Plains, New York

    Upon the application of *pro se* defendant, Yakov Weingarten, by his stand-by counsel Diane Ferrone, Esq., and upon all proceedings previously had herein, it is hereby:

    **ORDERED** that defendant, Yakov Weingarten, Westchester County Jail #268082, be permitted to bring his laptop and an external hard drive from the Westchester County Jail to the U.S. Courthouse, 300 Quarropas Street, White Plains, New York for use in court at trial scheduled to begin on February 27, 2024 until the completion of the trial.

    The Clerk of the Court is directed to terminate the motion at ECF No. 957.

Dated: February 12, 2024
       White Plains, New York

SO ORDERED

_____
NELSON S ROMÁN,
District Judge
United States District Court
Southern District of New York